JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL MATTHEWS, | ) Case No. CV 24-4045 FMO (Ex) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| SELECT PORTFOLIO SERVICING, INC., | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated this 11th day of February, 2025.

/s/
Fernando M. Olguin
United States District Judge